**Thomas Francis STACK, Jr., Plaintiff–Appellant,**

**v.**

**OUTSTANDING MARINE; James E. Stack; Colonel George Johnson, MD/DNR; Officer R. Kaufman; Officer Phillips; John Griffin, Maryland Department of Natural Resources; Brenda Donald, Maryland Human Resources Agency; Skip Bolinger; Carl Snowden, Civil Rights Director; Steven P. Lemmey; Giant Food; Richard Baker; Terry Kokolis; John E. Gunning; Edward A. Holden; Har-**

bormaster **J.P. Walters; Bruce Lalonde, Director, Oasis Opportunity Center; Officer Garvey; Mary Stack Dixon, Defendants–Appellees,**

**and**

**State of Maryland; Maryland Department of Natural Resources (Police), Defendants.**

**No. 13–2471.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 4, 2014.

Thomas Francis Stack, Jr., Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Francis Stack, Jr., appeals the district court's orders dismissing his civil complaints and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stack v. Outstanding Marine,* No. 1:13–cv–01835–WMN (D.Md. Nov. 7, 2013). We deny Stack's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*